UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ABDUL N. ALI,

                  Plaintiff,

                  -v-                          8:24-CV-128

JOHN DOW *et al.*,

                  Defendants.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:               OF COUNSEL:

ABDUL N. ALI
Plaintiff, Pro Se
23-B-4295
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411

DAVID N. HURD
United States District Judge

## <u>ORDER ON REPORT & RECOMMENDATION</u>

On January 29, 2024, *pro se* plaintiff Abdul N. Ali ("plaintiff"), an inmate
in the custody of the New York State Department of Corrections and
Community Supervision at Orleans Correctional Facility, filed this action
alleging that four St. Lawrence County police officers violated his civil rights

---

[1] Plaintiff's amended complaint names a different set of defendants. The Clerk of the Court will
be directed to amend the caption accordingly.

when they picked him up on a warrant.  *See* Dkt. No. 1.  Along with his

complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP

Application").  Dkt. Nos. 3–4.  Thereafter, plaintiff filed an amended

complaint that names a different set of municipal officials.  Dkt. No. 6.

On May 29, 2024, U.S. Magistrate Judge Christian F. Hummel granted

plaintiff's IFP Application and advised by Report & Recommendation ("R&R")

that plaintiff's amended complaint be dismissed without leave to further

amend.  Dkt. No. 7.  As Judge Hummel explained, certain of plaintiff's

federal-law claims were barred by immunity principles while others were

barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), a Supreme Court doctrine

that bars civil rights claims that would necessarily imply the invalidity of an

otherwise valid, underlying conviction.  *See id.*

Plaintiff has filed objections.  Dkt. No. 10.  Upon *de novo* review, the R&R

is accepted and will be adopted in all respects.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 7) is ACCEPTED;

2.  The Clerk is directed to ADD defendants "Det. Arthor Shattuck," "Det.

John Doe," "Assistant District Attorney Sarah Carpenter," "St. Lawrence

County District Attorney," and "Robert Fix, Esq.";

3.  The Clerk is directed to TERMINATE defendants "John Dow," "John Dow #2," "John Dow #3," and "John Dow #4";

4.  Plaintiff's claims against defendant St. Lawrence County District Attorney and defendant Assistant District Attorney Sarah Carpenter in their official capacities are DISMISSED <u>with prejudice</u> as barred by Eleventh Amendment immunity;

5.  Plaintiff's claims against defendant St. Lawrence County District Attorney and defendant Assistant District Attorney Sarah Carpenter in their individual capacities are DISMISSED <u>with prejudice</u> as barred by absolute prosecutorial immunity;

6.  Plaintiff's false arrest and conspiracy claims against defendant Det. Arthor Shattuck and defendant Det. John Doe are DISMISSED without prejudice but <u>without leave to amend</u> as barred by *Heck v. Humphrey*;

7.  Any municipality-liability claim against St. Lawrence County based on the conduct of the named defendants is DISMISSED without prejudice but <u>without leave to amend</u> as barred by *Heck v. Humphrey*;

8.  Plaintiff's federal-law claims against defendant Robert Fix, Esq. are DISMISSED without prejudice but <u>without leave to amend</u> as barred by *Heck v. Humphrey*;

9.  The Court DECLINES to exercise supplemental jurisdiction over any state-law malpractice claim against defendant Robert Fix, Esq.; and

10.  Insofar as plaintiff may seek habeas corpus relief, that request is DISMISSED without prejudice to bring a separate and appropriate habeas corpus proceeding, but without an opportunity to renew in this proceeding.

The Clerk of the Court is directed to enter a judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:  July 18, 2024
         Utica, New York.

David N. Hurd
U.S. District Judge